IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> LORI ANNE LUCERO, <br><br> Defendants. | MEMORANDUM DECISION AND ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S RENEWED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE <br><br> Case No. 2:15-CR-23 TS <br><br> District Judge Ted Stewart |

This matter is before the Court on Defendant's Renewed Motion for Early Termination of Supervised Release. Defendant was sentenced by this Court to 120 months' custody to be followed by 48 months of supervised release. After her release from custody, Defendant's supervised release was transferred to the Northern District of California, which accepted that transfer. Because Defendant's supervision has been transferred, this Court lacks jurisdiction to address her request for early termination.[1] Instead, Defendant should file her motion in her case in the Northern District of California before District Judge Yvonne Gonzalez Rogers: Case No. 4:22-cr-00307-YGR. Defendant may send her request to the following address:

    Ronald V. Dellums Federal Building & United States Courthouse
    Office of the Clerk
    1301 Clay Street, Suite 400
    Oakland, CA 94612

---

[1] *See United States v. Clark*, 405 F. App'x 89, 92–93 (8th Cir. 2010); *United States v. D'Amario*, 178 F. App'x 151, 152 (3d Cir. 2006).

It is therefore

ORDERED that Defendant's Renewed Motion for Early Termination of Supervised Release (Docket No. 50) is DENIED WITHOUT PREJUDICE.

DATED this 4th day of April, 2025.

BY THE COURT:

Ted Stewart
United States District Judge